Spaulding v. The Board of Commissioners of Daviess County.

Filed March 6, 1884.

---

No. 8835.

Spaulding v. The Board of Commissioners of Daviess County.

From the Daviess Circuit Court.

W. R. Gardiner and S. H. Taylor, for appellant.

J. H. O'Neall and D. J. Hefron, for appellee.

Black, C.—This cause was dismissed by the court below upon the motion of the defendant, the appellee; and this action of the court is the only matter presented by the assignment of errors.

The record does not purport to show the ground of the motion to dismiss by bill of exceptions or otherwise than by the clerk's entry. Therefore, the judgment should be affirmed. Robeson v. Martin, ante, p. 420, and authorities there cited.

Per Curiam.—It is ordered, upon the foregoing opinion, that the judgment be affirmed, at appellant's costs.

Filed Feb. 16, 1884.